# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| CAMILLE H. SAFFER, | ) | C.A. NO. 2:22-cv-03776-DCN-MHC |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| TRIDENT TECHNICAL COLLEGE, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Plaintiff, Camille H. Saffer, (hereinafter "Plaintiff") and Defendant, Trident Technical College, (hereinafter "Defendant") files this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and Defendant to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Defendant, which were or could have been the subject matter of this lawsuit, are hereby dismissed **with prejudice**, with each side to bear their own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| WIGGER LAW FIRM, INC. | CLEMENT RIVERS, LLP |
| | |
| By: *s/ Michael A. Brooks* | By: *s/ Wilbur E. Johnson* |
| Michael A. Brooks, Esquire | Wilbur E. Johnson, Esquire |
| Federal ID No. 14005 | Federal ID No. 2212 |
| 8086 Rivers Avenue, Suite A | Post Office Box 993 |
| North Charleston, SC  29406 | Charleston, SC 29402-0993 |
| Tel: (843) 553-9800 | Tel:  (843) 724-6659 |
| Email:  mbrooks@wiggerlawfirm.com | E-mail:  wjohnson@ycrlaw.com |
| *Attorney for Plaintiff Camille H. Saffer* | *Attorney for Defendant Trident Technical College* |
| | |
| Date:  February 5, 2024 | Date:  February 9, 2024 |